DELIA SHEFFIELD, an Infant, by ALFRED SHEFFIELD, Her Guardian ad Litem, et al., Plaintiffs, *v.* JOHN C. YAGER et al., Appellants, and JOSEPH BEAURY, Respondent.

Submitted October 17, 1941; decided November 19, 1941.

*William B. Shelton* and *William J. McArthur* for appellants.

*Frederic J. Locker* and *E. C. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.